IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 111

| | |
|---|---|
| ERNEST TROY MESSER, | ) |
| Plaintiff | ) |
| V | ) **ORDER** |
| MOR PPM, INC., | ) |
| Defendant | ) |

**THIS MATTER** is before the court on Sabrina Presnell Rockoff's Application for Admission to Practice *Pro Hac Vice* of Gregory W. Homer. It appearing that Gregory W. Homer is a member in good standing with the Washington DC Bar and will be appearing with Sabrina Presnell Rockoff, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Sabrina Presnell Rockoff's Application for Admission to Practice *Pro Hac Vice* (#4) of Gregory W. Homer is **GRANTED**, and that Gregory W. Homer is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Sabrina Presnell Rockoff.

Signed: June 14, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge